# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2904

_____

United States of America

*Plaintiff - Appellee*

v.

Dustin Allen Dimmick

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: March 1, 2016
Filed: March 4, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Dustin Allen Dimmick directly appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of firearms. His counsel

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Dimmick was incompetent to plead guilty because he was not provided access to a law library. We conclude that access to legal materials was not required because Dimmick was represented by counsel. <u>Cf.</u> <u>Bounds v. Smith</u>, 430 U.S. 817, 828 (1977) (inmate must have access either to adequate law library or to persons trained in law); <u>Bear v. Kautzky</u>, 305 F.3d 802, 806 (8th Cir. 2002) (there is no one prescribed method of ensuring inmate access to courts). We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____